FILED
09 AUG -3 AM 11:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR4430-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **DISMISSAL** |
| HECTORE ROMERO, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court as endorsed hereon, the United States Attorney for the Southern District of California hereby dismisses, without prejudice, the Indictment in the above-captioned case against Defendant HECTORE ROMERO.

DATED: July 31, 2009

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano
ALESSANDRA P. SERANO
Assistant U.S. Attorney

Leave of the Court for the filing of the dismissal without prejudice is GRANTED.

DATED: 7/31/09 , 2009.

Hon. William Q. Hayes
United States District Court Judge